1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11   RAUL GARZA,                         **1:17-cv-00327-MJS (PC)**

12              Plaintiff,

13        v.                             **ORDER TRANSFERRING CASE TO THE**
                                         **SACRAMENTO DIVISION OF THE**
14   CDCR APPEALS, et al.,               **EASTERN DISTRICT OF CALIFORNIA**

15              Defendant.

16

17        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant

18   to 42 U.S.C. § 1983, together with a request to proceed in forma pauperis pursuant to 28

19   U.S.C. § 1915.

20        In his complaint, plaintiff alleges violations of his civil rights by defendants.  The

21   alleged violations took place in Sacramento County, which is part of the Sacramento

22   Division of the United States District Court for the Eastern District of California.

23   Therefore, the complaint should have been filed in the Sacramento Division.

24        Pursuant to Local Rule 120(f), a civil action which has not been commenced in

25   the proper court may, on the court's own motion, be transferred to the proper court.

26   Therefore, this action will be transferred to the Sacramento Division.  This court will not

27   rule on plaintiff's request to proceed in forma pauperis.

28        Good cause appearing, IT IS HEREBY ORDERED that:

                                         1

1         1.  This action is transferred to the United States District Court for the Eastern

2  District of California sitting in Sacramento; and

3         2.  All future filings shall refer to the new Sacramento case number assigned and

4  shall be filed at:

5                      United States District Court
                        Eastern District of California

6                      501 "I" Street, Suite 4-200
                      Sacramento, CA 95814

7         3.  This court has not ruled on plaintiff's request to proceed in forma pauperis.

8

9  IT IS SO ORDERED.

10

11  Dated:   __March 9, 2017__          /s/ *Michael J. Seng*

12                               UNITED STATES MAGISTRATE JUDGE