UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL GARZA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CDCR APPEALS, et al.,<br><br>　　　　Defendants. | No. 2:17-cv-0516 TLN AC P<br><br><br><br>ORDER |

Plaintiff has filed a motion for a certificate of appealability. ECF No. 15. However, a certificate of appealability is not required to appeal a civil action brought under 42 U.S.C. § 1983.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for a certificate of appealability (ECF No. 15) is denied.

DATED: November 15, 2019

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　ALLISON CLAIRE
　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1